■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE RICHARDSON, Appellant. [878 NYS2d 922]—

Kavanagh, J. Appeal from a judgment of the County Court of Broome County (Cawley Jr., J.), rendered May 28, 2008, convict-

ing defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

Defendant pleaded guilty to criminal sale of a controlled substance in the third degree and, pursuant to the terms of a plea agreement, was sentenced to a prison term of six years with three years of postrelease supervision. Defendant further requested that County Court order his enrollment in the comprehensive alcohol and substance abuse treatment program (*see* Penal Law § 60.04 [6]). County Court declined to do so and defendant appeals.

We affirm. As defendant was convicted of a controlled substance offense, County Court was permitted to order defendant's enrollment in the comprehensive alcohol and substance abuse treatment program as a matter of discretion (*see* Penal Law § 60.04 [6]; *see e.g. People v Wade*, 51 AD3d 601, 601 [2008], *lv denied* 11 NY3d 742 [2008]; *People v Edell*, 45 AD3d 461, 461 [2007], *lv denied* 9 NY3d 1033 [2008]). Under the circumstances of this case, and particularly noting defendant's violent criminal history, County Court did not abuse its discretion in declining to do so (*see People v Edell*, 45 AD3d at 461; *see also People v Harris*, 53 AD3d 1116, 1116 [2008]).

Cardona, P.J., Mercure, Stein and McCarthy, JJ., concur. Ordered that the judgment is affirmed.